The People of the State of Illinois ex rel. Madeline Boone, appellee, v. Mason Fields, appellant. Gen. No. 34,163.

Opinion filed April 28, 1930.

Sydney P. Brown, for appellant; Oscar C. Brown and Bindley C. Cyrus, of counsel. John A. Swanson, State's Attorney, for appellee; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Philadelphia Rapid Transit Company, appellant, v. Coast Fir & Cedar Products Company, appellee. Gen. No. 33,743.

Opinion filed April 28, 1930.

Butler, Lamb, Foster & Pope, for appellant; Allan J. Carter, Arthur Fisher and Thomas Strachan, Jr., of counsel. Silber, Isaacs, Silber & Woley, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Frank A. Bella, administrator of the estate of Leonard Kozlowski, deceased, appellee, v. City of Blue Island, Illinois and Charles J. Gemeinhardt. City of Blue Island, Illinois, appellant. Gen. No. 33,770.

Opinion filed April 28, 1930.

Roy Massena, for appellant; Donald N. Schaffer, of counsel. Ratner, Chapman & Ratner, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Val Lombrad, trading as Val Sheet Metal Works, appellee, v. John A. Taft et al., appellants. Gen. No. 33,842.

Opinion filed April 28, 1930. Rehearing denied May 12, 1930.

Klaas & Porter, for appellants; Harry H. Porter, of counsel. Ben Meyers, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.